JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOHNNY FOSTER,                          )   NO. CV 12-06093 JFW (SS)
                                        )
                Petitioner,             )
                                        )
        v.                              )           **JUDGMENT**
                                        )
UNKNOWN,                                )
                                        )
                Respondent.             )
                                        )
_____)


        Pursuant to the Court's Order Denying Advisory Motion for Extension
of Time and Dismissing Action Without Prejudice filed concurrently
herewith,


        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed
without prejudice.


        DATED:    July 23, 2012


                            _____
                            JOHN F. WALTER
                            UNITED STATES DISTRICT JUDGE